UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1-:04-cr-00124-JMS-TAB ) |
| WILLIAM SEBREE (01), | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt. [31] recommending that William Sebree's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt. [31]. The Court finds that Mr. Sebree committed Violation Numbers 1 & 2, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [22]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Sebree is sentenced to the custody of the Attorney General or his designee for a period of seven (7) months with no supervised release to follow. The Court further recommends placement at FCI Terre Haute, Satellite Camp or FCI Milan. The defendant shall remain under the same conditions of pretrial release previously imposed and shall surrender at the institution designated by the Bureau of Prisons, as notified by the United States Probation Office.

Date: 3/29/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal